## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DR. RICHARD BOATMAN, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 05-761-GPM** |
| | ) | |
| **UNITED CONCORDIA COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court on a stipulation for dismissal signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1).  *Doc. 13.*

**IT IS ORDERED AND ADJUDGED** that all claims in this action are **DISMISSED with prejudice** pursuant to the parties' stipulation.  The parties shall bear their own costs and attorney's fees.

**DATED**: 2/22/06

NORBERT G. JAWORSKI, CLERK


By:  s/ Linda M. Cook_____
        Deputy Clerk


APPROVED:  s/ G. Patrick Murphy_____
          G. PATRICK MURPHY
          CHIEF U.S. DISTRICT JUDGE